UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SELECT SPECIALTY HOSPITAL,

    Plaintiff,                                       Case No. 1:07-cv-349

v.                                                HON. JANET T. NEFF

NATIONAL CITY BANK HEALTH AND
WELFARE PLAN and NATIONAL CITY
BANK NORTHWEST CO.,

    Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that defendants' motion to dismiss (Dkt 7), which is treated as a motion for summary judgment, is GRANTED.  This dismisses plaintiff's complaint in its entirety.

DATED:  January 25, 2008                    /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge